CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 12 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Baugh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| COMBINED INSURANCE COMPANY OF AMERICA, | ) ) ) | Civil Action No. 7:08CV00218 |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | By: Hon. Glen E. Conrad United States District Judge |
| BERNARD P. WIEST, JR., | ) ) | |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion to dismiss is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 11th day of August, 2008.

/s/ Glen Conrad
United States District Judge